**WILSON TURNER KOSMO LLP**
ROBERT A. SHIELDS (206042)
PARADA K. ORNELAS (272724)
NINA M. RABIN (334419)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rshields@wilsonturnerkosmo.com
E-mail: pkornelas@wilsonturnerkosmo.com
E-mail: nrabin@wilsonturnerkosmo.com
E-mail: warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

**QUILL & ARROW, LLP**
ANDREW JUNG (336002)
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
E-mail: ajung@quillarrowlaw.com
E-mail: e-service@quillarrowlaw.com

Attorneys for Plaintiff
MARGARET RAMIREZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET RAMIREZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:25-CV-00983-JDP<br><br>**JOINT STIPULATION TO AMEND THE SEPTEMBER 8, 2025, INITIAL PRETRIAL SCHEDULING ORDER (DKT 13)**<br><br>Complaint Filed: February 18, 2025<br><br>Magistrate Judge: Jeremy D. Peterson<br><br>Trial Set: December 1, 2026 |

JOINT STIPULATION TO AMEND THE SEPTEMBER 8, 2025, INITIAL PRETRIAL
SCHEDULING ORDER (DKT 13)

Plaintiff MARGARET RAMIREZ ("Plaintiff"), and Defendant, NISSAN NORTH AMERICA INC. ("Nissan") (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the current fact and expert discovery deadlines, to allow the Parties to complete pending discovery.

WHEREAS pursuant to the Court's September 8, 2025, Initial Pretrial Scheduling Order, and Rules (16)(4) and 29(b) of the Federal Rules of Civil Procedure, the Parties seek to continue the fact and expert discovery deadlines.

WHEREAS on September 8, 2025, the Court issued the Initial Pretrial Scheduling Order (DKT 13) setting the trial and pretrial deadlines and ordering the following discovery deadlines:

**Fact/ Expert Discovery Cutoff:** May 29, 2026

**Deadline to File Discovery Motions:** May 7, 2026

**Expert Disclosures:** April 3, 2026

**Expert Rebuttal Disclosures:** April 17, 2026

**Deadline to Hear Dispositive Motions:** July 30, 2026

**Final Pretrial Conference:** October 8, 2026

**Trial:** December 1, 2026

WHEREAS the Parties have been working diligently to complete discovery, including the deposition of Nissan's Person Most Qualified on April 29, 2026, Plaintiff's deposition on May 7, 2026, and the Vehicle Inspection on May 21, 2026. However, despite the Parties' efforts, the Parties' witnesses are unavailable to complete certain discovery before the discovery cut off due to multiple, overlapping scheduling conflicts amongst counsel, the parties, and the experts.

WHEREAS the Parties have agreed that allowing additional time of sixty (60) days, or whatever the Court deems appropriate, for the Parties to complete the fact discovery will allow the parties to complete the necessary outstanding depositions, conduct the vehicle inspection, and complete expert discovery.

WHEREAS this is the Parties' first request to amend the Court's Scheduling Order.

WHEREAS good cause exists to amend the Civil Scheduling Order to allow the Parties additional time to complete the remaining discovery.

IT IS HEREBY STIPULATED by and between the Parties that the Initial Pretrial Scheduling Order will be amended as follows:

**Fact/ Expert Discovery Cutoff:** July 29, 2026

**Deadline to File Discovery Motions:** July 7, 2026

**Expert Disclosures:** June 3, 2026

**Expert Rebuttal Disclosures:** June 17, 2026

**Deadline to Hear Dispositive Motions:** ~~September 30, 2026~~ October 1, 2026

**Final Pretrial Conference:** ~~October 8, 2026~~ December 3, 2026

**Trial:** ~~December 1, 2026~~ February 4, 2027

WHEREAS, the Parties agree that neither Party will be prejudiced by the requested amendments to the scheduling order, which are necessary to complete the remaining discovery, and good cause exists for the requested modification to the September 8, 2025, Initial Pretrial Scheduling Order (DKT 13.)

**IT IS SO STIPULATED.**

Dated:    Mav 8. 2026                    **OUILL & ARROW. LLP**

By:    */s/Andrew Jung*
       ANDREW JUNG
       Attorney for Plaintiff
       MARGARET RAMIREZ

JOINT STIPULATION TO AMEND THE SEPTEMBER 8, 2025, INITIAL PRETRIAL SCHEDULING ORDER (DKT 13)

Dated:    May 8. 2026                              **WILSON TURNER KOSMO LLP**

By:    *s/      Nina M. Rabin*
ROBERT A. SHIELDS
PARADA K. ORNELAS
NINA M. RABIN
Attorneys for Defendant
NISSAN NORTH AMERICA INC.

IT IS SO ORDERED.

Dated:    May 8, 2026                              _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION TO AMEND THE SEPTEMBER 8, 2025, INITIAL PRETRIAL
SCHEDULING ORDER (DKT 13)